# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KENVERLY M. LA CRUZ BRACAMONTE,

    *Petitioner*,

v.

KRISTI NOEM, et al,

    *Respondent*,

No. 26 C 1054

Chief Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s)

and against Plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is moot and dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall.

Date: 2/10/2026           Thomas G. Bruton, Clerk of Court

                                       /s/Lynn Kandziora , Deputy Clerk